PERKINS COIE LLP
William L. Partridge, Bar No. 260166
wpartridge@perkinscoie.com
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
Telephone:  +1.208.387.7524

Attorneys for Defendant
Amazon.com Services, LLC (erroneously sued as
"Amazon.com Services LLC dba Amazon.com, LLC")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>AMAZON.COM SERVICES LLC DBA AMAZON.COM, LLC and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No. 2:25-cv-6306<br><br>**NOTICE OF REMOVAL**<br><br>*CA Ventura Superior Court Case no.: 2025CUPP041297* |

Defendant Amazon.com Services LLC (erroneously sued as "Amazon.com Services LLC dba Amazon.com, LLC"; hereinafter, "Amazon") by and through its undersigned counsel, hereby removes to this Court the state court action described below.

1.    State Court Action: On March 17, 2025, Plaintiff Zurich American Insurance Company filed a Complaint for Property Damages in the Superior Court of California, County of Ventura, Case No. 2025CUPP041297 entitled Zurich American Insurance Company v. Amazon.com Services LLC dba Amazon.com, LLC, et al.

2.    Basis for Removal – Diversity Jurisdiction:

a.      *Amount in Controversy*: The Complaint seeks damages in the amount of $429,557.97, exclusive of interest and costs, which exceeds the jurisdictional minimum of $75,000 under 28 U.S.C. § 1332(a).

b.      *Diversity of Citizenship:*

- Plaintiff Zurich American Insurance Company is a corporation organized under the laws of New York with its principal place of business in Illinois.

- Defendant Amazon.com Services LLC is a limited liability company organized under the laws of Delaware, with its principal place of business in Washington.

- The citizenship of Doe defendants is disregarded for purposes of removal under 28 U.S.C. § 1441(b)(1).

3.      Timeliness: This Notice of Removal is timely Removal of this action is timely under 28 U.S.C. § 1446(b) and applicable case law. Although more than 30 days have elapsed since service of the initial pleading, the removal period is not triggered unless the grounds for removal are "unequivocally clear and certain" from the face of the complaint. *Bosky v. Kroger Texas, LP*, 288 F3d 208, 211 (5th Cir. 2002); *Dietrich v. Boeing Co.* 14 F4th 1089, 1090-1091 (9th Cir. 2021). Furthermore, If the initial pleading does not clearly disclose grounds for removal, the defendant is under no duty to investigate or to infer removability from ambiguous allegations or "clues" in the complaint. *Kuxhausen v. BMW Fin'l Services NA LLC*, 707 F3d 1136, 1140 (9th Cir. 2013); *Lovern v. General Motors Corp.* 121 F3d 160, 162, (4th Cir. 1997).   In this matter, the complaint does not allege the state of incorporation or principal place of business of Zurich American Insurance Company, nor does it otherwise set forth facts establishing the citizenship of the parties (*see,* Complaint, ¶¶1-4.) As such, the grounds for diversity jurisdiction were not apparent from the face of the initial pleading.

/ / /

AMAZON'S NOTICE OF REMOVAL

Because the complaint fails to allege the necessary jurisdictional facts regarding citizenship, the 30-day removal period did not commence upon service of the complaint. Removal is therefore timely under § 1446(b)(3). Furthermore, this notice of removal is filed within one year of the commencement of the action, as required by § 1446(c)(1), since the complaint was filed on March 17, 2025, and removal is being sought well within one year of that date.

4.    Venue: Venue is proper in this District under 28 U.S.C. § 1441(a) because the state court action was filed in Ventura County, which is within the Central District of California.

5.    Process, Pleadings, and Orders: Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibits A-G** are true and correct copies of all process, pleadings, and orders served upon Defendant in the state court action.

6.    Notice to State Court and Adverse Parties: Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Ventura, and serve written notice upon all adverse parties as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant removes this action to the United States District Court for the Central District of California.

DATED: June 10, 2025.          **PERKINS COIE LLP**

By: _____
William L. Partridge
Attorneys for Defendant
Amazon.com Services, LLC
(erroneously sued as
"Amazon.com Services LLC
dba Amazon.com, LLC")